1  TUCKER ELLIS LLP
   Zi C. Lin, SBN 236989
2  zi.lin@tuckerellis.com
   EDWARD W. RACEK SBN 235184
3  edward.racek@tuckerellis.com
   515 South Flower Street, Forty Second Floor
4  Los Angeles, CA 90071
   Telephone:    213.430.3400
5  Facsimile:    213.430.3409

6  Attorney for Secured Creditor/Movant, CalCap, Inc.

7

8

9                  **UNITED STATES BANKRUPTCY COURT**

10                 **SOUTHERN DISTRICT OF CALIFORNIA**

11                            **(SAN DIEGO)**

| | |
|---|---|
| In re: | ) Case No. 25-02802-CL7 |
| | ) |
| Sharon Hinda Driben aka Sharon H. Driben aka Sharon Driben, | ) Chapter 7 |
| | ) |
| Debtor(s). | ) **REBUTTAL DECLARATION OF STACY** |
| | ) **SOKOL IN SUPPORT OF REPLY TO** |
| | ) **MOTION FOR RELIEF FROM STAY** |
| | ) |
| | ) Hon. Christopher B. Latham (Chief Judge) |
| | ) |
| | ) ZCL-1 |
| | ) |
| | ) Date: November 10, 2025 |
| | ) Time: 10:00 a.m. |
| | ) Place.: Courtroom 1, Room 218, Weinberger |
| | ) Courthouse |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Chicago ♦ Cleveland ♦ Columbus ♦ Los Angeles ♦ San Francisco ♦ St. Louis  TUCKER ELLIS LLP

I, Stacy Sokol, hereby declare as follows:

1.      I am over eighteen years old and not a party to this action. The facts set forth below are known to me personally and I have first-hand knowledge of them. If called as a witness, I could and would testify competently under oath to such facts.

2.      I am an attorney, admitted to the California State Bar. I represent CalCap, Inc. ("CalCap"), who is a secured creditor in the above-captioned bankruptcy case. I submit this declaration to rebut Debtor Sharon Driben's declaration in opposition to motion to annul automatic stay and Debtor's counsel Henry Ahrens' declaration in opposition to motion to annul automatic stay.

3.       Debtor, in her declaration, accuses of CalCap's president Gershon Shusterman and I of "affinity fraud" and lying to her to perfect CalCap's deed of trust, instead of helping her save her property located at 10747 Wilshire Boulevard, Unit 1208, Los Angeles, CA 90024 ("the Property") from foreclosure by senior lienholder U.S. Bank. These accusations are false. As demonstrated by the timeline and rebuttal evidence discussed below, Mr. Shusterman and I made good faith attempts to help Debtor reinstate the U.S. Bank loan to save her home from foreclosure, and also to protect CalCap's second priority deed of trust on the Property. Although our attempts to reinstate the loan ultimately did not succeed because the $74.652.42 wire that Mr. Shusterman sent to U.S. Bank's servicer did not go through, we acted in good faith and with the full consent of Debtor.

4.      Mr. Shusterman and I contacted Debtor in February 2025 to work with her to address the U.S. Bank loan default. I obtained the consent of Debtor's counsel Michael Biggs for me to speak to Debtor directly in February 2025, and I believed I continued to have such permission at all times after. More specifically, I emailed Mr. Biggs on February 5, 2025, and asked him for permission to speak with Debtor directly. On February 7, 2025, I had a telephone call with Mr. Biggs, where he gave me express permission to speak to Debtor directly.

5.      It was not until March 2025 that CalCap, Mr. Shusterman, and I first discovered that there was a legal description error in CalCap's deed of trust. At that time we were already working with Debtor to address the U.S. Bank loan default. Mr. Shusterman and I informed Debtor of the legal description issue and Debtor agreed to sign a Corrected Deed of Trust, with the correct legal description. Mr. Shusterman and I mistakenly believed that the incorrect legal description made the Original Deed of

TUCKER ELLIS LLP
Chicago ♦ Cleveland ♦ Columbus ♦ Los Angeles ♦ San Francisco ♦ St. Louis

Trust, recorded in 2023, unsecured. It was not until CalCap's bankruptcy counsel at Tucker Ellis was retained in August 2025, did Mr. Shusterman and I discover that we were mistaken and that the Original Deed of Trust is still a valid lien on the Property despite the erroneous legal description. Due to this mistake, CalCap filed an unsecured proof of claim in the Debtor's first bankruptcy case, no. 25-01371-CL7. CalCap filed a new proof of claim, identifying CalCap's deed of trust as secured, in Debtor's second bankruptcy case no. 25-02802-CL7, which is pending.

6.      Although Mr. Shusterman and I received notice that Debtor was consulting with bankruptcy counsel, we believed that she would only file for bankruptcy as a last resort. Debtor's application for a temporary restraining order in U.S. District Court to enjoin the foreclosure had been denied, and U.S. Bank's foreclosure sale was scheduled for April 7, 2025. By April 3, 2025 we had obtained permission from Debtor to contact U.S. Bank's servicer SN Servicing for a payoff demand to reinstate the U.S. Bank loan and to cancel the foreclosure sale. On April 4, 2025, Mr. Shusterman had $74.652.42 from his own bank account wired to SN Servicing to reinstate the loan and I emailed SN Servicing to cancel the foreclosure. Mr. Shusterman and I did not know that Debtor had already filed for bankruptcy in the middle of the night on April 4, nor did Mr. Shusterman and I know that Debtor had intended to file for bankruptcy before we could wire the money to reinstate her loan, as the foreclosure sale was not scheduled for *three days later*, on April 7. It was not until *after* Debtor filed for bankruptcy that Mr. Shusterman and I received any notice of her intent to immediately file bankruptcy. And even after Debtor filed for bankruptcy, she repeatedly thanked Mr. Shusterman for sending the wire to reinstate the U.S. Bank loan. Unfortunately, on April 7, 2025, I received notice that the $74.652.42 wire was rejected, and the U.S. Bank loan was not reinstated.

7.      For the sake of clarity, here is a timeline of the events showing CalCap's, Mr. Shusterman's and my good faith efforts to help Debtor reinstate the U.S. Bank loan and cancel the foreclosure sale:

- **December 2023** - CalCap lent Debtor $170,000, and Debtor signed a deed of trust in CalCap's favor encumbering the Property.

- **October 2024 –** Mr. Shusterman started to receive notice that Debtor's U.S. Bank loan is in default.

- **February 5, 2025** – Mr. Shusterman reached out to Debtor to request a face-to-face meeting with her to discuss how to deal with the U.S. Bank loan default.

- **February 5, 2025** - I obtained the permission of Debtor's attorney Michael Biggs to meet with her directly to discuss how to address the U.S. Bank default. In my email of February 5 to Mr. Biggs, I specifically asked for Mr. Biggs' consent for me to speak directly to Debtor:

> **From:** Stacy L. Sokol <ssokol@sokollaw.com>
> **Sent:** Wednesday, February 5, 2025 7:45 PM
> **To:** michaelbiggs@biggslawoffice-apc.com
> **Subject:** Fwd: I'd like to get together with you face to face...
>
> Michael, my client has solicited a meet up with Sharon.  Please see his email to her below.
>
> As you are her attorney, I cannot communicate with her directly without your consent or attendance.
>
> Please let me know how you wish me to proceed.   Thank you.
>
> Stacy L. Sokol, Esq.
> 1875 Century Park East, Suite 1800
> Los Angeles, CA 90067
> T: 310 553 5010 C: 310 266 8353
> Email: ssokol@sokollaw.com
> Website: www.sokollaw.com

In his email of February 5 to me, Mr. Biggs responded:

> -------- Forwarded Message --------
> **Subject:** RE: I'd like to get together with you face to face...
> **Date:** Wed, 5 Feb 2025 19:59:10 -0800
> **From:** Michael S. Biggs <michaelbiggs@biggslawoffice-apc.com>
> **Reply-To:** michaelbiggs@biggslawoffice-apc.com
> **To:** 'Stacy L. Sokol' <ssokol@sokollaw.com>
>
> Hi Stacy,
>
> It's a good overture by Shusterman. Stand by and give me time to speak with Sharon. She may be confused and need me to explain why he is reaching out to her.
>
> Michael
>
> Biggs Law Office
>
> Michael S. Biggs Esq,

A true and correct copy of emails showing my communications with Mr. Biggs is attached hereto as Exhibit 1. Mr. Biggs represents Debtor in the civil action she filed against U.S. Bank's servicer SN Servicing Corporation, entitled *Driben v. SN Servicing Corporation, an Alaskan Corporation et al.*, United States District Court Case No. 2:24-cv-10489 PA-JPR.

- **February 7, 2025** – I had a telephone call with Mr. Biggs, wherein he gave me express permission to speak to Debtor directly. After obtaining permission from Debtor's counsel Mr. Biggs to speak to her directly, Mr. Shusterman and I met with Debtor personally to discuss saving her Property from foreclosure.

- **March 27, 2025 at 1:38 p.m.** – another CalCap borrower Joel Bass emailed me and Mr. Shusterman alerting us of the legal description issue in CalCap's Original Deed of Trust.

Tucker Ellis LLP

Chicago ♦ Cleveland ♦ Columbus ♦ Los Angeles ♦ San Francisco ♦ St. Louis

TUCKER ELLIS LLP

Chicago ♦ Cleveland ♦ Columbus ♦ Los Angeles ♦ San Francisco ♦ St. Louis

**This is the first time CalCap, Mr. Shusterman, and I had notice of the legal description issue.** A true and correct copy of this email is attached hereto as Exhibit 2.

- **March 27, 2025 at 1:56 p.m.** – I emailed Mina Chin at First American Title Company inquiring about the legal description issue. A true and correct copy of this email is attached hereto as Exhibit 3.

- **April 3, 2025 at 1:31 p.m.** - I emailed Ms. Chin asking for CalCap's Original Deed of Trust document and stated: "Mina, please let me know that you hold the original deed of trust. I can send a messenger to pick it up and get Sharon to sign and notarize it and get it back to you to record." A true and correct copy of this email is attached hereto as Exhibit 4.

- **April 3, 2025** - I personally handed the Corrected Deed of Trust (which is simply the Original Deed of Trust with the correct legal description) to Debtor at her residence and informed her that a traveling notary would be there soon to notarize her signature for the Corrected Deed of Trust, then I left without any other conversation with Debtor. **Debtor did not tell me that she intended to immediately file for bankruptcy when we briefly met in person on April 3. I am informed that after I left, Debtor signed the Corrected Deed of Trust in the presence of the notary.**

- **April 3, 2025 at 1:21 p.m. -** I emailed Debtor to request that she give CalCap third party authorization to contact SN Serving to obtain the reinstatement amount. A true and correct copy of this email is attached hereto as Exhibit 5. Also on April 3, Debtor signed the requested authorization form, a true and correct copy of which is attached as Exhibit 6.

- **April 3, 2025 at 3:37 p.m.** – Debtor emailed me and Mr. Shusterman stating that U.S. Bank's foreclosure sale is still scheduled for April 7, **but Debtor did not inform us that she intended to file for bankruptcy right away. Mr. Shusterman and I were working on reinstating the U.S. Bank loan, and we were not aware Debtor had intended to immediately file for bankruptcy on April 4, as the foreclosure sale was still *3 days away*, on April 7**. A true and correct copy of Debtor's April 3 email is attached hereto as Exhibit 7.

- **April 4, 2025, at 1:11 a.m.** – Debtor filed her first bankruptcy case, case no. 25-01371-CL7 in the middle of the night.

- **April 4, 2025** – Mr. Shusterman went to City National Bank, and filled out a wire request for $74,652.42 to SN Servicing, to reinstate the U.S. Bank loan. A true and correct copy of the wire request is attached as Exhibit 8. I was provided with a copy of this document.

- **April 4, 2025, at 10:44 a.m.** – CalCap's Corrected Deed of Trust was recorded.

- **April 4, 2025 at 12:26 p.m.** – Debtor emailed Mr. Shusterman and me, and advised us, **for the first time, that she had filed for bankruptcy**. A true and correct copy of this email is attached as Exhibit 9.

- **April 4, 2025 at 12:41 p.m. and 3:13 p.m.** – Mozbun Ahsan, Assistant Vice President at City National Bank emailed Mr. Shusterman and advised that the wire of $74,652.42 was sent. A true and correct copy of these emails is attached as Exhibit 10. I was forwarded this email.

REBUTTAL DECLARATION OF STACY SOKOL IN SUPPORT OF REPLY TO MOTION FOR RELIEF FROM STAY

- **April 4, 2025 at 3:37 p.m.** – I emailed U.S. Bank's servicer SN Servicing, advised it that the wire had been sent and asked it to cancel the foreclosure sale:

> **Subject:** Fwd: Fwd: SN Servicing Loan No. 0000342140
> **From:** "Stacy L. Sokol" <ssokol@sokollaw.com>
> **Date:** 4/4/2025, 3:37 PM
> **To:** "Payne, Veronica" <VPayne@snsc.com>, SSilva@snsc.com
> **CC:** Gershon Schusterman <gershonsch@gmail.com>, sharon driben <sharon.driben@gmail.com>
>
>
> See below. A wire was sent to bring the loan above current. Please confirm receipt and the cancellation of the trustee sale.
>
> Stacy L. Sokol, Esq.
> 1875 Century Park East, Suite 1800
> Los Angeles, CA 90067
> T: 310 553 5010 C: 310 266 8353
> Email: ssokol@sokollaw.com
> Website: www.sokollaw.com

A true and correct copy of these emails is attached as Exhibit 10.

- **April 4, 2025 at 7:06 p.m.** – Debtor emailed Mr. Shusterman and repeatedly thanked him for sending the wire to reinstate the U.S. Bank loan, she stated "You dug me out from a very deep hole… I will be forever grateful and you will always be in my thoughts and prayers:"

> **THANK YOU! THANK YOU! AND MORE THANKS THANKS!**
> 2 messages
>
> sharon driben <sharon.driben@gmail.com>                     Fri, Apr 4, 2025 at 7:06 PM
> To: "GershonSch@gmail.com" <GershonSch@gmail.com>
> Cc: sharon driben <Sharon.driben@gmail.com>
>
> Hi Rabbi Schusterman:
>
> I hope I am under the wire in time for you to get this email. Wanted to call you earlier but had to go get dental stitches removed.
>
> I don't know how to thank you. You dug me out from a very deep hole. And from a very dark place my mind was going in. I will be forever grateful and you will always be in my thoughts and prayers.
>
> I will try to answer as many of your questions that I can on Sunday via email.  Then, we can certainly discuss all issues. I may have to get some feedback from my attorneys.
>
> Thank you again. You are truly a blessing!
> Shabbat Shalom!
> Sharon

A true and correct copy of this email is attached hereto as Exhibit 8. I was forwarded a copy of this email.

- **April 7, 2025 at 9:30 a.m.** – Unfortunately, Mr. Shusterman and I discovered that the wire did not go through because there was an error in the account information. Attached hereto as Exhibit 8 are emails between SN Servicing and me pertaining to the rejection of the wire.

REBUTTAL DECLARATION OF STACY SOKOL IN SUPPORT OF REPLY TO MOTION FOR RELIEF FROM STAY

TUCKER ELLIS LLP

Chicago ♦ Cleveland ♦ Columbus ♦ Los Angeles ♦ San Francisco ♦ St. Louis

1    I declare under penalty of perjury under laws of the United States of America that the foregoing

2   is true and correct.

3         Executed on September 12, 2025 in Los Angeles, California.

4

5

6   _____

7   Stacy Sokol

8

REBUTTAL DECLARATION OF STACY SOKOL IN SUPPORT OF REPLY TO MOTION FOR RELIEF FROM STAY

# EXHIBIT 1



# Fwd: I'd like to get together with you face to face...

1 message

-------- Forwarded Message --------
**Subject:** RE: I'd like to get together with you face to face...
**Date:** Wed, 5 Feb 2025 19:59:10 -0800
**From:** Michael S. Biggs <michaelbiggs@biggslawoffice-apc.com>
**Reply-To:** michaelbiggs@biggslawoffice-apc.com
**To:** 'Stacy L. Sokol' <ssokol@sokollaw.com>

Hi Stacy,

It's a good overture by Shusterman. Stand by and give me time to speak with Sharon. She may be confused and need me to explain why he is reaching out to her.

Michael

Biggs Law Office

Michael S. Biggs Esq,

https://www.biggslawoffices.com/

Office Mailing Adress:

5055 Business Center Dr. Ste, 108 PMB 354

Fairfield CA, 94534

Physical Office:

319 Lennon Lane | Walnut Creek, CA 94598

Tel. 925-933-1300

**Paperless Communications:** Please note that this is a paperless office. We appreciate receiving communications in only an electronic format and agreements with others for electronic service.

**Attorney-Client Communication:** This message is confidential and may contain attorney-work product and/or be privileged as as an attorney-client communication. Please be sure to retain this message in a secure place and not make copies or share this information with anyone without first consulting the sender. If you received this communication in error, please notify the sender immediately and delete this message from your system.

**From:** Stacy L. Sokol <ssokol@sokollaw.com>
**Sent:** Wednesday, February 5, 2025 7:45 PM
**To:** michaelbiggs@biggslawoffice-apc.com
**Subject:** Fwd: I'd like to get together with you face to face...

Michael, my client has solicited a meet up with Sharon. Please see his email to her below.

As you are her attorney, I cannot communicate with her directly without your consent or attendance.

Please let me know how you wish me to proceed.   Thank you.

Stacy L. Sokol, Esq.
1875 Century Park East, Suite 1800
Los Angeles, CA 90067
T: 310 553 5010 C: 310 266 8353
Email: ssokol@sokollaw.com
Website: www.sokollaw.com

CONFIDENTIALITY NOTICE The email message is for the exclusive use of the addressee(s) and contains confidential, privileged and non-disclosable information. If the recipient of this message is not the addressee, or a person responsible for delivering the message to the addressee, such recipient is prohibited from reading or using this message in any way.

-------- Forwarded Message --------

**Subject:** I'd like to get together with you face to face...

9/8/25, 4:02 PM                    Gmail - Fwd: I'd like to get together with you face to face.

Case 25-02802-CL7    Filed 09/12/25    Entered 09/12/25 15:16:53    Doc 62    Pg. 11 of 39

**Date:**Wed, 5 Feb 2025 18:06:43 -0800

**From:**Gershon Schusterman <gershonsch@gmail.com>

**To:**Sharon.Driben@gmail.com

Hi, Sharon:

This is Gershon Schusterman, the CEO of CalCap, Inc., who arranged the loan for you at the end of November, 2023, secured by your property. I'd like to get together with you face to face.

Time is moving and the situation you're in is complex and I think it behooves us to meet and explore possible solutions that are not yet on the agenda. Time is not on our side.

As you know, I've kept your interests at heart during the hiccups along the way. I'll continue along these lines. But the pressure is on, not only on you but on me too.

Are you amenable to do so?  I'd come to your place, with my experienced attorney, and we would discuss where we are , where we want to be and how best to get there.

My telephone number is below. You can pick up the phone and call me and/or you can reply to my email.

**Gershon Schusterman  323.363.7424**

Author of **Why, God, Why?** *How to Believe in Heaven When it Hurts like Hell*

The book you need to have and hope you'll never need

# EXHIBIT 2

**Subject:** Deed on House
**From:** Joel Bess <joel@swishfunding.com>
**Date:** 3/27/2025, 1:38 PM
**To:** Gershon Shusterman <gershonsch@gmail.com>
**CC:** Stacy Sokol <ssokol@sokollaw.com>

Guys,

I just pulled a title search on my house and there is a deed for a Sharon Driben on the house.

Do you guys know what this is and why it would show up in a title search?



**Joel Bess**
Swish Funding | CEO
888-794-7410 e101 | 310-304-6404 Direct

See our reviews on
★ Trustpilot
★★★★★

The content of this email is confidential and intended for the recipient specified in the message only. It is strictly forbidden to share any part of this message with any third party, without the express written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

— Attachments: —

2023-837948 TDD 12-04-2023.pdf                                                    1.4 MB

**EXHIBIT 3**

**Subject:** Re: Deed on House
**From:** "Stacy L. Sokol" <ssokol@sokollaw.com>
**Date:** 3/27/2025, 1:56 PM
**To:** Gershon Schusterman <gershonsch@gmail.com>, Joel Bess <joel@swishfunding.com>
**CC:** Mina Chin <mchin@firstam.com>, Michelle Pascual Team <michelle.pascual@firstam.com>

Mina, we have a problem.  The legal description on this deed of trust which closed through your title file has the wrong legal description.

My closing letter directed you to check the legal description.

Stacy L. Sokol, Esq.
1875 Century Park East, Suite 1800
Los Angeles, CA 90067
T: 310 553 5010 C: 310 266 8353
Email: ssokol@sokollaw.com
Website: www.sokollaw.com

CONFIDENTIALITY NOTICE The email message is for the exclusive use of the addressee(s) and contains confidential, privileged and non-disclosable information. If the recipient of this message is not the addressee, or a person responsible for delivering the message to the addressee, such recipient is prohibited from reading or using this message in any way.

On 3/27/2025 1:46 PM, Gershon Schusterman wrote:

> Indeed I know who Sharon Driben is and there's no reason why it should be recorded on your house.
>
> Stacy...?
>
> **Gershon Schusterman**
> Author of **Why, God, Why?** *How to Believe in Heaven When it Hurts like Hell*
> The book you need to have and hope you'll never need
>
>
> On Thu, Mar 27, 2025 at 1:38 PM Joel Bess <joel@swishfunding.com> wrote:
>
>> Guys,
>>
>> I just pulled a title search on my house and there is a deed for a Sharon Driben on the house.
>>
>> Do you guys know what this is and why it would show up in a title search?
>>
>>
>> SWiSH funding
>>
>> **Joel Bess**
>> Swish Funding | CEO
>> 888-794-7410 e101 | 310-304-6404 Direct
>>
>> See our reviews on
>> ★ Trustpilot
>> ★★★★★
>>
>>
>> The content of this email is confidential and intended for the recipient specified in the message only. It is strictly forbidden to share any part of this message with any third party, without the express written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

Attachments:

| | |
|---|---|
| Preliminary Report - CA.PDF | 390 KB |
| CalCap Deed of Trust Recorded Driben.pdf | 1.5 MB |
| 10747 Wilshire Closing Instructs Letter 113023.pdf | 560 KB |

**EXHIBIT 4**

**Subject:** Re: URGENT 10747 Wilshire Blvd Apt 1208
**From:** "Stacy L. Sokol" <ssokol@sokollaw.com>
**Date:** 4/3/2025, 1:31 PM
**To:** Mina Chin <mchin@firstam.com>, Gershon Schusterman <gershonsch@gmail.com>, sharon driben <sharon.driben@gmail.com>

Mina, please let me know that you hold the original deed of trust. I can send a messenger to pick it up and get Sharon to sign and notarize it and get it back to you to record.

Stacy L. Sokol, Esq.
1875 Century Park East, Suite 1800
Los Angeles, CA 90067
T: 310 553 5010 C: 310 266 8353
Email: ssokol@sokollaw.com
Website: www.sokollaw.com

CONFIDENTIALITY NOTICE The email message is for the exclusive use of the addressee(s) and contains confidential, privileged and non-disclosable information. If the recipient of this message is not the addressee, or a person responsible for delivering the message to the addressee, such recipient is prohibited from reading or using this message in any way.

On 4/3/2025 1:00 PM, Stacy L. Sokol wrote:

| Address | ADDRESS SEARCH |

| Case Reference Number | Property Address | Original Sale Date | Sale Date | Sale Time | Sale Status | Starting Bid | Winning Bid | Trustee |
|---|---|---|---|---|---|---|---|---|
| 24-12167 | 10747 Wilshire Blvd Apt 1208 , Los Angeles, CA 90024 | 2025-02-05 | 2025-04-07 | 11:00 AM | Postponed | | | Prestige Default Services |

**EXHIBIT 5**

**Subject:** Fwd: SN Servicing
**From:** "Stacy L. Sokol" <ssokol@sokollaw.com>
**Date:** 4/3/2025, 1:21 PM
**To:** Mina Chin <mchin@firstam.com>
**CC:** Gershon Schusterman <gershonsch@gmail.com>, sharon driben <sharon.driben@gmail.com>

Sharon, please complete sign and scan this third party authorization so that I can get a current figure of how much is owing on the loan.  The mortgage statement is attached.

Stacy

-------- Forwarded Message --------
**Subject:** SN Servicing
  **Date:** Thu, 3 Apr 2025 20:16:54 +0000
  **From:** Silva, Stephen <SSilva@snsc.com>
    **To:** 'ssokol@sokollaw.com' <ssokol@sokollaw.com>

Hello,

Here is the third party authorization form you requested.

*Stephen Silva*

**Customer Service**
**SN Servicing Corporation**
**323 Fifth Street**
**Eureka CA 95501**
**Office: (800) 603-0836**
**Fax: (916) 231-2603**
**Email: customserv@snsc.com**
**Website: www.snsc.com**

*"The United States Department of Housing and Urban Development (HUD) sponsors free housing counseling services. To find a HUD-Approved housing counselor in your area call (800) 569-4287.*

*This communication is from a debt collector. SN Servicing Corporation, its employees, agents and attorneys are attempting to collect a debt. Any information obtained by us will be used for that purpose. To the extent that you may have received a discharge in bankruptcy, this communication should not be construed as an intent to subject you to personal liability for the discharged debt.*

*Para información en español llame al (800) 603-0836  ext 2674, 2798, 2770, 2771, 6911, 6901, 2656, 2679*

'

This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is

strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer. Messages sent to and from us may be monitored. Internet communications cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this message, or any attachment, that have arisen as a result of e-mail transmission. If verification is required, please request a hard-copy version. Any views or opinions presented are solely those of the author and do not necessarily represent those of the company.

If you are a borrower who would like to opt out of further emails from SNSC to this address, click here: https://borrower.snsc.com/OptOut.aspx

--- Attachments: ----------------------------------------------------------------

| TPA.pdf | 68.8 KB |
|---|---|
| Mortgage Statement Nov 1 2024.pdf | 177 KB |

**EXHIBIT 6**



**SERVICING CORPORATION**

## Request and Consent to Provide Account Information to Authorized Third Party

Borrower Name: _SHARON DRIBEN_

Co-Borrower Name: _____

Property Address: _10747 WILSHIRE BLVD #1208_

SNSC Loan #: _▮▮▮▮2140_

Authorized Party First and Last Name: _STACY SOKOL_

Authorized Party Company Name: _SOKOL LAW_

Authorized Party Address: _1875 CENTURY PARK E #1000_
_LOS ANGELES, CA 90067_

Authorized Party Telephone Number: _TELE_

Authorized Party ~~Fax Number~~ TELE: _310 268 8353_

Authorized Party E-mail Address: _SSOKOL@SOKOLLAW.COM_

(If the Authorized Party listed on this form, results from a Power of Attorney, Order of Guardianship, Executor or Administrator of an estate, please attach the document evidencing the same.)

I, the undersigned hereby authorize the above-referenced individual(s) to obtain information regarding my mortgage loan identified above. I further acknowledge and agree that applicable fees may be assessed to my account as a result of the authorized party's request.

This authorization is to remain in effect until: _12/31/26_

It is understood that a photocopy of this authorization form bearing a photocopy of my signature shall be deemed to be equivalent to the original hereof and may be used as a duplicate original.

Notice to undersigned: a copy of this form may be attached to verification documents and used in lieu of original signatures on the documents themselves.

_Sharon Driben_                    _4/3/25_
Borrower Signature                 Date

_____            _____
Co-Borrower Signature              Date



**SNSC SERVICING CORPORATION**
323 5TH ST
EUREKA CA 95501

SHARON DRIBEN
10747 WILSHIRE BLVD APT 1208
LOS ANGELES, CA 90024-4439

| Account Information - Statement Date: 8/7/2024 | |
|---|---|
| Account Number | 2140 |
| Payment Due Date | 9/1/2024 |
| **Total Amount Due** | **$44,366.27** |
| $0.00 late fee may be charged on or after 9/17/2024 | |
| Outstanding Principal | $413,114.93 |
| This is not the amount to pay off your loan | |
| Interest Rate | 4.875% |
| Prepayment Penalty | No |
| Escrow Balance | -$2,643.83 |

### Past Payment Breakdown

| | Paid Since 7/4/2024 | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | $2,052.99 |
| **Total** | **$0.00** | **$2,052.99** |

### ** Delinquency Notice **

You are late on your mortgage payments. Failure to bring your loan current may result in fees and foreclosure -- the loss of your home. As of August 7, 2024, you are 432 days delinquent on your mortgage loan and your most delinquent payment was due on 6/1/2023. This is your *Recent Account History*:

* Payment due 03/01/2024
* Payment due 04/01/2024
* Payment due 05/01/2024
* Payment due 06/01/2024
* Payment due 07/01/2024
* Payment due 08/01/2024
* Current Payment due 09/01/2024: $2,397.84
* Total: $44,366.27 due by 09/01/2024 to bring your account current.

### Explanation of Amount Due

| Due Date | Principal | Interest | Escrow | Other Funds | Total |
|---|---|---|---|---|---|
| 6/1/2023 | $719.56 | $1,678.28 | $0.00 | $0.00 | $2,397.84 |
| 7/1/2023 - 8/1/2024 | $10,386.24 | $23,183.52 | $0.00 | $0.00 | $33,569.76 |
| 9/1/2024 | $764.68 | $1,633.16 | $0.00 | $0.00 | $2,397.84 |
| Total Payments Due | | | | | $38,365.44 |
| Total Fees and Charges | | | | | $6,000.83 |
| Total Amount Due | | | | | $44,366.27 |

Customer Service: (800) 603-0836
Website: borrower.snsc.com * Email: customserv@snsc.com

Make a Payment on the SNSC Borrower Website: 

### Important Messages

Impacted by COVID-19? Find information about the Homeowner Assistance Fund (HAF), a federal program helping homeowners, by visiting the National Council of State Housing Agencies website at https://www.ncsha.org/homeowner-assistance-fund/.

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected on your credit report.

If you have previously received a discharge in bankruptcy and this debt was not reaffirmed, this correspondence is not and should not be construed to be an attempt to collect such a debt as your personal liability, but is instead a step in the enforcement of a mortgage lien against your property.

**Housing Counselor Information:** If you would like counseling or assistance, you can contact the following:
* U.S. Department of Housing and Urban Development (HUD): For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

### Other Balances

| Description | Balance |
|---|---|
| Negative Escrow Bal | $2,643.83 |
| Prior Serv Corp Adv | $2,397.88 |
| Prior Serv Late Chrg | $959.12 |
| Unapplied | $2,052.99 |

### Transaction Activity (7/4/2024 to 8/7/2024)

| Date | Description | Charges | Escrow | Payments |
|---|---|---|---|---|
| 8/1/2024 | Forced Place Insur Disbursement | | -$518.05 | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Detach at Perforation

**SNSC SERVICING CORPORATION**                    **Payment Coupon**

**EXHIBIT 7**

DRIBEN - - FORECLOSURE SALE STILL ON FOR 4/7/25

**Subject:** DRIBEN - - FORECLOSURE SALE STILL ON FOR 4/7/25
**From:** sharon driben <sharon.driben@gmail.com>
**Date:** 4/3/2025, 3:37 PM
**To:** ssokol@sokollaw.com, "GershonSch@gmail.com" <GershonSch@gmail.com>
**CC:** sharon driben <Sharon.driben@gmail.com>


Gentlemen:

Per Mr. Sokol, foreclosure sale on Apr 7 has been postponed but he wasn't aware of the postponement date.  Advised me to look at the Notice of Postponement of Trustee's Sale from March 19th to Apr 7th to ascertain new date.  Did so.  Trustee's Sale Search data didn't have a new date.

Called Prestige Default Services and spoke to Michael.  He looked at the data sheet.  The postponement date refers to March 19th to Apr 7th.  **THERE IS NO NEW POSTPONEMENT DATE. SALE IS STILL ON FOR APRIL 7TH.**

Sharon Driben
3:30 PM on 4/3/25
sharon.driben@gmail.com
310-486-8640

**EXHIBIT 8**

# OUTGOING WIRE TRANSFER REQUEST



**CITY NATIONAL BANK**
🔷 AN RBC COMPANY

| 🚫 | **NEVER RELY** on emails or non-verbal communications when initiating a request for outgoing wire payment without first verbally verifying the instructions from the requesting party. | 🚫 | **DO NOT FORWARD** wire instructions to other parties without first verbally verifying the instructions from the sending party. | 555 South Flower Street<br>Los Angeles, CA 90071<br><br>*Fax completed form to: (800) 575-5503*<br>*Pacific Time Zone* |

**ALWAYS VERIFY WIRE INSTRUCTIONS,** specifically the ABA routing number and account number, by calling the party who is receiving the funds. **DO NOT RELY** on other parties calling you. **DO NOT** use the phone number provided in the email containing the instructions. Use phone numbers you have called before or can otherwise verify. **DO NOT** send an email to verify as the email address may be incorrect or the email may be intercepted by the fraudster.

For more information on wire-fraud scams or to report an incident, please refer to the following links:
**Federal Bureau of Investigation: http://www.fbi.gov    Internet Crime Complaint Center: http://www.ic3.gov**

| REQUEST DEADLINES | Domestic Wires: | International Wires |
|---|---|---|
| Request received past the deadline will be processed the next business day. | **1:30 p.m. (PT)** | **12:30 p.m. (PT)** |

**TRANSACTION INFORMATION**

| Date of Transfer (mm/dd/yyyy)<br>4/4/2025 | Repetitive ID [If applicable (requires pre-authorization)] |
|---|---|

**AMOUNT OF WIRE TRANSFER**

| U.S. Dollars<br>$ 74,652.42 | OR | For Wire Sent in Foreign Currency | ☐ Request Wire Principal Protection Service (fee applies) | |
|---|---|---|---|---|
| | | Amount      Currency Type | Rate | Source |

**SENDER INFORMATION**

| CNB Deposit Account Number<br>8831 | Name of Account<br>Gershon Schusterman | Other (bank use only) |
|---|---|---|
| Address | Second Address Line | City, State Zi |

**RECEIVING (BENEFICIARY'S) BANK INFORMATION**

| Bank Name<br>Bank of Texas, A Division BOKF Tulsa OK | |
|---|---|
| Bank Address | Second Address Line |
| City, State Zip | Country |
| Routing Information (e.g., ABA Number, SWIFT BIC, Sort Code, Intermediary Bank)<br>4325 | |

**BENEFICIARY INFORMATION**

| Account (or IBAN) Number<br>8520 | Beneficiary Name<br>SN SERVICING CORPORATION |
|---|---|
| Beneficiary Address | Beneficiary Second Address Line |
| City, State Zip | Country |

Other Beneficiary Information (Optional - used for sending a message to the beneficiary, for example, invoice numbers, or purpose of payment)

**For further credit - Sharon Driben #342140**

**CLIENT AUTHORIZATION** *(All wire transfer requests must be signed by an authorized pe*

By signing below as or on behalf of Sender, I certify that this wire transfer is authorized; the information on this form is correct; and, I agree and understand that this wire transfer will be governed by the terms and conditions governing my accounts and related services. I understand that if an incorrect beneficiary (recipient) account number or receiving bank (recipient institution) identifier has been provided, Sender could lose the wire transfer amount. If this request is for a transfer from a consumer account to a recipient in a foreign country and submitted to CNB by facsimile or email, CNB will consider this form as an inquiry pending CNB's final verification by telephone. I authorize payment of this wire transfer from Sender's CNB account designated above.

| Name<br>GERSHON SCHUSTERMAN | Signature | Phone Number<br>(323) 363- 7424 |
|---|---|---|

**WALK IN**



# CITY NATIONAL BANK

AN RBC COMPANY

Page 1          (0)

Account #: ████8831

This statement: April 30, 2025
Last statement: March 31, 2025

Contact us:
800 773-7100

Century City Towers Office
2029 Century Park East
Los Angeles CA 90067

002                                    0830N
GERSHON SCHUSTERMAN
CHANA R SCHUSTERMAN
4221 WILSHIRE BLVD SUITE 355
LOS ANGELES CA 90010

cnb.com

BEGINNING JULY 1, 2025, WE ARE UPDATING OUR STANDARD PRICING FOR CERTAIN WIRE TRANSFER SERVICES, WHICH WILL BE REFLECTED ON YOUR JULY 2025 BANK STATEMENT, IF APPLICABLE. WE ALSO MADE CHANGES TO FUNDS AVAILABILITY AND ADDITIONAL GENERAL UPDATES TO YOUR ACCOUNT AGREEMENT AND DISCLOSURES. FOR FULL DETAILS OF THE CHANGES PLEASE VISIT CNB.COM/2025CHANGENOTICE-C. IF YOU HAVE QUESTIONS, PLEASE CALL US AT (800)773-7100.

## Personal Checking Account



| Account Summary | |
|---|---|
| Account number | ████8831 |
| Minimum balance | |
| Average balance | |
| Avg. collected balance | |

| Account Activity | | |
|---|---|---|
| Beginning balance (3/31/2025) | | |
| Credits | Deposits (0) | |
| | Electronic cr (8) | |
| | Other credits (2) | |
| | **Total credits** | |
| Debits | Checks paid (0) | |
| | Electronic db (4) | |
| | Other debits (14) | |
| | **Total debits** | |
| Ending balance (4/30/2025) | | |

## ELECTRONIC CREDITS

| Date | Description | Credits |
|---|---|---|
| 4-4 | Incoming Wire-Dom | 74,652.42 |

## OTHER CREDITS

| Date | Description | Reference | Credits |
|---|---|---|---|
| 4-7 | Account Transfer Cr. FR ACC 00002941899 CROMWELL MORTGAGE SOLUTI | | 74,652.40 |

GERSHON SCHUSTERMAN
April 30, 2025

Page 2
Account #: [redacted]8831

## ELECTRONIC DEBITS

| Date | Description | Debits |
|---|---|---|
| [redacted] | | [redacted] |
| 4-4 | Cnb Wire Out Dom Nr | 74,652.42 |
| [redacted] | | [redacted] |

## OTHER DEBITS

| Date | Description | Reference | Debits |
|---|---|---|---|
| [redacted] | | | |
| 4-7 | Account Transfer Dr. TO ACC 00002941899 CROMWELL MORTGAGE SOLUTI | | 74,652.40 |
| [redacted] | | | |
| 4-7 | Account Transfer Dr. TRF TO LOAN ACCT 00033147597 NOTE NO 00001 REF NO 0970809L GERSHON SCHUSTERMA | | 74,652.40 |
| [redacted] | | | [redacted] |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 3-31 | [redacted] | 4-2 | [redacted] | 4-4 | [redacted] | 4-9 | [redacted] |
| 4-1 | | 4-3 | | 4-7 | | 4-30 | |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Thank you for banking with Century City Towers Office

9/8/25, 3:28 PM                                Gmail - THANK YOU! THANK YOU! AND MORE THANKS THANKS!

 Gmail                          **Gershon Schusterman <gershonsch@gmail.com>**

---

# THANK YOU! THANK YOU! AND MORE THANKS THANKS!
2 messages

---

**sharon driben** <sharon.driben@gmail.com>                    Fri, Apr 4, 2025 at 7:06 PM
To: "GershonSch@gmail.com" <GershonSch@gmail.com>
Cc: sharon driben <Sharon.driben@gmail.com>

Hi Rabbi Schusterman:

I hope I am under the wire in time for you to get this email. Wanted to call you earlier but had to go get dental stitches removed.

I don't know how to thank you. You dug me out from a very deep hole. And from a very dark place my mind was going in. I will be forever grateful and you will always be in my thoughts and prayers.

I will try to answer as many of your questions that I can on Sunday via email.  Then, we can certainly discuss all issues. I may have to get some feedback from my attorneys.

Thank you again. You are truly a blessing!
Shabbat Shalom!
Sharon





**Gershon Schusterman <gershonsch@gmail.com>**

---

# Re: SN Servicing ███ 2140
1 message

---

**Stacy L. Sokol** <ssokol@sokollaw.com>                    Mon, Apr 7, 2025 at 9:30 AM
To: "Payne, Veronica" <VPayne@snsc.com>
Cc: Gershon Schusterman <gershonsch@gmail.com>, sharon driben
<sharon.driben@gmail.com>

The wire was rejected by your bank as being the wrong number. Stacy

On 4/7/2025 7:51 AM, Payne, Veronica wrote:

> No I gave you the right number you client filed bankruptcy on Friday
> before you sent the wire
>
>
> *Veronica Payne*
>
> *SN Servicing Corporation*
>
> *323 Fifth Street*
>
> *Eureka, CA 95501*
>
> *Office: (800) 603-0836 Ext 2778*

---

**From:** Stacy L. Sokol <ssokol@sokollaw.com>
**Sent:** Monday, April 7, 2025 7:46 AM
**To:** Payne, Veronica <VPayne@snsc.com>
**Cc:** sharon driben <sharon.driben@gmail.com>; Gershon
Schusterman <gershonsch@gmail.com>
**Subject:** Re: [External Sender] SN Servicing Loan No. ███ 2140

Veronica FYI, that account number you sent us was wrong

**EXHIBIT 9**

## Lin, Zi C.

| | |
|---|---|
| **From:** | Lin, Zi C. |
| **Sent:** | Thursday, September 11, 2025 12:43 PM |
| **To:** | Lin, Zi C. |
| **Subject:** | FW: DRIBEN - - BK FILING |

-------- Forwarded Message --------
**Subject:** DRIBEN - - BK FILING
   **Date:** Fri, 4 Apr 2025 12:26:17 -0700
   **From:** sharon driben <sharon.driben@gmail.com>
    **To:** Stacy L. Sokol <ssokol@sokollaw.com>, GershonSch@gmail.com <GershonSch@gmail.com>
    **CC:** sharon driben <Sharon.driben@gmail.com>, ahrenslaw@aol.com, ahrenslaw@gmail.com

Gentlemen:

I have filed BK in the Southern District Court of CA as of 4/4/2025 at 1:11 AM.  BK Case # is: 25-01371-13.

My BK atty is Henry Ahrens, ph # 619-284-2884. His 2 email addresses are noted above.

Sharon

**EXHIBIT 10**

**Subject:** Fwd: Fwd: SN Servicing Loan No. 0000342140
**From:** "Stacy L. Sokol" <ssokol@sokollaw.com>
**Date:** 4/4/2025, 3:37 PM
**To:** "Payne, Veronica" <VPayne@snsc.com>, SSilva@snsc.com
**CC:** Gershon Schusterman <gershonsch@gmail.com>, sharon driben <sharon.driben@gmail.com>

See below. A wire was sent to bring the loan above current. Please confirm receipt and the cancellation of the trustee sale.

Stacy L. Sokol, Esq.
1875 Century Park East, Suite 1800
Los Angeles, CA 90067
T: 310 553 5010 C: 310 266 8353
Email: ssokol@sokollaw.com
Website: www.sokollaw.com

CONFIDENTIALITY NOTICE The email message is for the exclusive use of the addressee(s) and contains confidential, privileged and non-disclosable information. If the recipient of this message is not the addressee, or a person responsible for delivering the message to the addressee, such recipient is prohibited from reading or using this message in any way.



---------- Forwarded message ---------
From: **Ahsan, Mozbun** <Mozbun.Ahsan@cnb.com>
Date: Fri, Apr 4, 2025 at 3:13 PM
Subject: RE: SN Servicing
To: Gershon Schusterman <gershonsch@gmail.com>

Hi Mr.Schusterman,

The wire has been sent out, please see following is the FED reference number.

IMAD: 0404L2LFCK1C007442

Thank you,

**Mozbun Ahsan**
Assistant Vice President, Senior Client Officer
2029 Century Park East / Los Angeles, CA 90067
**Office** / (310) 282-7822
**Fax** / (310) 282-7815
**Email** / mozbun.ahsan@cnb.com
**NMLS #** 1394896



Visit us at www.cnb.com

This email communication is confidential and is intended only for the
individual(s) noted above. Please notify the sender that you have received this
email in error and delete this email. If you are not the intended recipient,
please do not read, copy, use or distribute the contents of this email to others.

Electronic mail sent through the internet is generally not secure and could be
intercepted by a third party. For your protection, do not send private or
confidential information through email. Please do not send requests for
banking transactions, as we may be unable to process any such requests
received via email.

**Member FDIC | Non-Deposit investment products are not FDIC insured,
are not a deposit or obligation of, or guaranteed by, City National Bank
and are subject to risks, including the possible loss of principal amount
invested.**

**From:** Ahsan, Mozbun
**Sent:** Friday, April 4, 2025 12:41 PM
**To:** Gershon Schusterman <gershonsch@gmail.com>
**Subject:** RE: SN Servicing

Hi Mr. Schusterman,

I just wanted to let you know that the wire of $74,652.42 has been sent to the wire department for processing.

I will provide you with the FED reference number once the wire sent out.

Thank you,

**Mozbun Ahsan**
Assistant Vice President, Senior Client Officer
2029 Century Park East / Los Angeles, CA 90067
**Office** / (310) 282-7822
**Fax** / (310) 282-7815
**Email** / mozbun.ahsan@cnb.com
**NMLS #** 1394896



Visit us at www.cnb.com

This email communication is confidential and is intended only for the
individual(s) noted above. Please notify the sender that you have received this
email in error and delete this email. If you are not the intended recipient,
please do not read, copy, use or distribute the contents of this email to others.

Electronic mail sent through the internet is generally not secure and could be
intercepted by a third party. For your protection, do not send private or
confidential information through email. Please do not send requests for
banking transactions, as we may be unable to process any such requests
received via email.

**Member FDIC | Non-Deposit investment products are not FDIC insured,
are not a deposit or obligation of, or guaranteed by, City National Bank
and are subject to risks, including the possible loss of principal amount**

**invested.**

---

**From:** Gershon Schusterman <gershonsch@gmail.com>
**Sent:** Friday, April 4, 2025 10:14 AM
**To:** Ahsan, Mozbun <Mozbun.Ahsan@cnb.com>
**Subject:** Fwd: SN Servicing

[EXTERNAL]

**Gershon Schusterman**

Author of **Why, God, Why?** *How to Believe in Heaven When it Hurts like Hell*

The book you need to have and hope you'll never need

---------- Forwarded message ---------
From: **Stacy L. Sokol** <ssokol@sokollaw.com>
Date: Fri, Apr 4, 2025 at 8:13 AM
Subject: Fwd: SN Servicing
To: Gershon Schusterman <gershonsch@gmail.com>
CC: sharon driben <sharon.driben@gmail.com>

Stacy L. Sokol, Esq.

# 1875 Century Park East

Suite 1800

Los Angeles, CA 90067

T: 310 553 5010

C: 310 266 8353

Email: ssokol@sokollaw.com

Website: www.sokollaw.com

CONFIDENTIALITY NOTICE The email message is for the exclusive use of the

addressee(s) and contains confidential, privileged and non-disclosable information. If the recipient of this message is not the addressee, or a person responsible for delivering the message to the addressee, such recipient is prohibited from reading or using this message in any way.

If you have received this message by mistake, please call us immediately and destroy the email message.

Begin forwarded message:

**From:** "Payne, Veronica" <VPayne@snsc.com>
**Date:** April 4, 2025 at 8:12:08 AM PDT
**To:** ssokol@sokollaw.com
**Subject: SN Servicing**


Veronica Payne

Account Representative

SN Servicing Corporation

323 Fifth Street

Eureka, CA 95501

Office:  (800) 603-0836 ext. 2778

Email: VPayne@snsc.com

Website:  www.snsc.com

Office hours 7 am to 4 pm Monday thru Friday

"The United States Department of Housing and Urban Development (HUD) sponsors free housing counseling services. To find a HUD-Approved housing counselor in your area call (800) 569-4287.


This communication is from a debt collector. SN Servicing Corporation, its employees, agents and attorneys are attempting to collect a debt. Any information obtained by us will be used for that purpose. To the extent that you may have received a discharge in bankruptcy, this communication should not be construed as an intent to subject you to personal liability for the discharged debt.


Para información en español llame al (800) 603-0836  ext 2643 o ext 2660 o ext 2750"


'

This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer. Messages sent to and from us may be monitored. Internet communications cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this message, or any attachment, that have arisen as a result of e-mail transmission. If verification is required, please request a hard-copy version. Any views or opinions presented are solely those of the author and do not necessarily represent those of the company.

If you are a borrower who would like to opt out of further emails from SNSC to this address, click here: https://borrower.snsc.com/OptOut.aspx


To unsubscribe, please visit our Marketing Opt-Out site. Note: You may receive service emails in accordance with your City National Bank service agreements, whether or not you opt-out of marketing emails. 555 South Flower Street, 11th Floor, Los Angeles, CA 90071